UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

U.S.A. vs. Michael Ray Roberts          Docket No. 7:96-CR-37-2H

### Petition for Action on Supervised Release

    COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Ray Roberts, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute Cocaine Base (Crack), in violation of 21 U.S.C. §846, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 21, 1996, to the custody of the Bureau of Prisons for a term of 174 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

4. The defendant shall pay a special assessment of $50 and a fine of $7,500.

    Michael Ray Roberts was released from custody on September 18, 2008, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    Since the defendant's release, he has been working at McDonalds Restaurant earning minimum wage. To assist him with job readiness skills, the probation officer is recommending the conditions of supervision be modified to include vocational training, cognitive behavioral training and educational services.

Michael Ray Roberts
Docket No. 7:96-CR-37-2
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a vocational training program as directed by the probation office.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

3. The defendant shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the defendant's proficiency in skills such as reading, writing, mathematics, or computer use.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ Djoni B. Barrett<br>Djoni B. Barrett<br>U.S. Probation Officer<br>472-C Western Blvd.<br>Jacksonville, NC 28546-6862<br>Phone: (910) 347-9038<br>Executed On: October 5, 2010 |

**ORDER OF COURT**

Considered and ordered this 6th day of Oct, 2010, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge